**Julius JENKINS**

**v.**

**STATE.**

**No. 28801.**

Court of Criminal Appeals of Texas.

Feb. 6, 1957.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., of Austin, for the State.

PER CURIAM.

The conviction is for driving while intoxicated; the punishment, three days in jail and a fine of $50.

Appellant has filed his personal affidavit stating that he.no longer desires to prosecute this appeal and requesting that the same be dismissed.

The request is accordingly granted, and the appeal is dismissed.

Opinion approved by the Court.